**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| IMPLICIT, LLC<br><br>                     Plaintiff,<br><br>v.<br><br>ZIFF DAVIS, INC.<br><br>                     Defendant. | **Civil Action No. 6:22-cv-460-ADA**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**
**ZIFF DAVIS, INC. WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Implicit, LLC hereby dismisses this action without prejudice as to Defendant Ziff Davis, Inc. According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant Ziff Davis, Inc. has not yet answered the Complaint. Accordingly, Plaintiff voluntarily dismisses this action against Defendant Ziff Davis, Inc. without prejudice pursuant to Rule 41(a)(1). Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: December 30, 2022          DEVLIN LAW FIRM LLC

                                             */s/ James M. Lennon*
                                             James M. Lennon
                                             jlennon@devlinlawfirm.com
                                             Timothy Devlin
                                             tdevlin@devlinlawfirm.com
                                             1526 Gilpin Avenue
                                             Wilmington, Delaware 19806
                                             Telephone: (302) 449-9010
                                             Facsimile: (302) 353-4251

                                             *Attorneys for Plaintiff*
                                             *Implicit, LLC*